**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 11, 2020**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00422-CV

## TAYLOR MORRISON OF TEXAS, INC. AND TAYLOR WOODROW COMMUNITIES-LEAGUE CITY, LTD., Appellants

## V.

## WILLIAM JOHNSON AND AMANDA JOHNSON, Appellees

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CV-0099**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed March 11, 2020. On August 5, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer